UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | INFORMATION |
| | ) | CR 418-103 |
| LATOSHA MILLS | ) | |
| | ) | |
| Defendant | ) | |

ORDER

The Government's motion to dismiss the foregoing Information without prejudice is GRANTED.

SO ORDERED, this 7th day of May, 2019.

_____
Christopher L. Ray
UNITED STATES ~~DISTRICT COURT~~ Magistrate Judge
SOUTHERN DISTRICT OF GEORGIA